IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Walker, Emily M | Case Number: 07 B 24029 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/20/08 | Filed: 12/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: April 25, 2008
Confirmed: February 19, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,480.78 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,395.49 |
| Trustee Fee: | | 85.29 |
| Other Funds: | | 0.00 |
| Totals: | 1,480.78 | 1,480.78 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,360.50 | 1,395.49 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 8,715.76 | 0.00 |
| 4. | I C Systems Inc | Unsecured | 74.00 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 396.15 | 0.00 |
| 6. | Pay Day Loan Store Of Illinois | Unsecured | 1,185.70 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 363.38 | 0.00 |
| 8. | Midtown Dentistry | Unsecured | | No Claim Filed |
| 9. | Credit Protection Association | Unsecured | | No Claim Filed |
| 10. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 11. | Midtown Dentistry | Unsecured | | No Claim Filed |
| 12. | Midtown Dentistry | Unsecured | | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 14. | National Asset Recovery | Unsecured | | No Claim Filed |
| 15. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 16. | Seventh Avenue | Unsecured | | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 20. | Simm Associates Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 14,095.49 | $ 1,395.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 53.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Walker, Emily M | Case Number:  07 B 24029 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/20/08 | Filed:  12/20/07 |

                              6.5%                      31.50
                                                  _____
                                                  $ 85.29

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                            Marilyn O. Marshall, Trustee, by:

